Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400
Fax: (866) 861-1390
DEBRA BAKER

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BAKER, | Case No.: SACV14-01263 CJC (RNBx) |
| Plaintiffs, | |
| v. | VOLUNTARY DISMISSAL |
| MERRICK BANK CORPORATION, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, DEBRA BAKER, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: November 26, 2014                    KROHN & MOSS, LTD.


                                            By:/s/ Ryan Lee, Esq.
                                            Ryan Lee, Esq.
                                            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq